■ BYRON T. SAMMIS, Respondent, v SPORT BOATS, INC., et al., Appellants.—In an action on a promissory note, defendants appeal from a judgment of the Supreme Court, Suffolk County, entered April 18, 1975, after a nonjury trial, which is in favor of plaintiff. Judgment affirmed, with costs. The record on this appeal demonstrates that defendants have not sustained their burden of proving the existence of an actionable fraud. Martuscello, Acting P. J., Latham, Cohalan, Rabin and Titone, JJ., concur.